

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed June 5, 2018**

*Mark X. Mullin*
_____
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| IN RE: | Case Number: 18-41527-MXM |
| THOMAS LEE CARR JR | Chapter 13 |
| | JUDGE MARK X MULLIN |

**ORDER DISMISSING CHAPTER 13 CASE PURSUANT TO GENERAL ORDER 2017-01**
**(NOI-FIRST $)**

On representation of the Standing Chapter 13 Trustee, evidenced by the signature below that the Debtor(s) **failed to timely pay the Trustee the first Payment specified in Debtor's Plan within 30 days after the Petition Date,** and three (3) business days written notice of such failure was given to Debtor and the Attorney for Debtor, if any, prior to submission hereof:

**IT IS THEREFORE, ORDERED,** that this case is hereby **DISMISSED** without prejudice pursuant to General Order 2017-01 paragraph 3c **PROVIDED** that if, within fourteen (14) days of entry hereof, a creditor in this case files a motion to amend this order and seeks a dismissal with prejudice, sanctions or other relief deemed appropriate by the Court, this Order may be amended by the Court, after notice and a hearing, to grant the relief sought in said motion in whole or in part.

**IT IS FURTHER ORDERED** that all debts due and owing creditors as of this date are **NOT DISCHARGED** or affected in any manner by this Order.

**THE ABOVE STYLED AND NUMBERED CASE WILL BE CLOSED 21 DAYS AFTER THE ENTRY OF THIS ORDER PROVIDED THAT IT IS A SINGLE DEBTOR CASE OR A JOINT DEBTOR CASE AND BOTH DEBTORS ARE DISMISSED.**

# # # End of Order # # #

APPROVED:

_____
/s/ Pam Bassel
Pam Bassel, Trustee/State Bar # 01344800